IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ELIZABETH GOWAN                                                                  PLAINTIFF

v.                                         CIVIL NO. 5:25-cv-5033

CARL D. MCMILLON                                                              DEFENDANTS
CAROLINE BABER
WILLIAM A. CASH, JR.
DAVID E. BOYD

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

On February 20, 2025, Plaintiff filed a Complaint pursuant 42 U.S.C. § 1983. (ECF No. 1). Plaintiff filed a motion to proceed *in forma pauperis* ("IFP") on the same date. (ECF No. 2). However, more information was needed, and Plaintiff was ordered to complete a long form IFP application by March 14, 2025. (ECF No. 3). A Show Cause Order for failure to obey the order to complete a long form IFP application was issued on March 21, 2025, and Plaintiff was directed to respond by April 11, 2025. (ECF No. 4). To date, Plaintiff has not filed a long form motion to proceed IFP and has not responded to the Court's Show Cause Order.

Therefore, it is **RECOMMENDED** that Plaintiff's case be **DISMISSED** without prejudice on the grounds that she has failed to respond to a Court order. *See* Fed. R. Civ. Pro. 41(b). **The parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**RECOMMENDED** this 16th day of April 2025.

*Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE