IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ELIZABETH GOWAN**                                                                                          **PLAINTIFF**

V.                                            **CASE NO. 5:25-CV-5033**

**CARL D. MCMILLON;**
**CAROLINE BABER;**
**WILLIAM A. CASH, JR.;**
**and DAVID E. BOYD**                                                                                        **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 5) filed in this case on April 16, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case and failure to obey the orders of the Court

**IT IS SO ORDERED** on this 7th day of May, 2025.

>  */s/ Timothy L. Brooks*
>  TIMOTHY L. BROOKS
>  UNITED STATES DISTRICT JUDGE